IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TELESFORO ALVARADO,<br><br>Petitioner,<br><br>vs.<br><br>BRAD HANSEN, Warden et. al.;<br><br>Respondent. | 8:17CV283<br><br>MEMORANDUM<br>AND ORDER |

This matter is before the court on Petitioner's Motion for Leave to Proceed in Forma Pauperis. ([Filing No. 6](#).) Petitioner already paid the $5.00 filing fee with his Petition for Writ of Habeas Corpus. (*See* Docket Sheet.) Accordingly,

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis ([Filing No. 6](#)) is denied as moot. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the *Rules Governing Section 2254 Cases*. The court will conduct this review in its normal course of business.

Dated this 1st day of September, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge