IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TELESFORO ALVARADO, | |
| Petitioner, | **8:17CV283** |
| vs. | |
| BRAD HANSEN, Warden et. al.; | **ORDER** |
| Respondent. | |

This matter is before the court on Petitioner's motion for status. (Filing No. 29.) Petitioner inquires as to the status of his request to withdraw and stay and abeyance of ground nine of his habeas petition. (*See* Filing No. 23.) The court will address Petitioner's motion to withdraw ground nine and for a stay and abeyance, as well as Petitioner's other pending motions (*see* filing no. 27; filing no. 30), at the same time the court takes up Respondent's summary judgment motion (filing no. 16) which is fully submitted for disposition. The court will address these matters in its normal course of business. Accordingly,

IT IS ORDERED that Petitioner's motion for status (filing no. 29) is granted to the extent consistent with this order.

Dated this 4th day of June, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge