# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TELESFORO ALVARADO,<br><br>Petitioner,<br><br>vs.<br><br>BRAD HANSEN, Warden et. al.;<br><br>Respondent. | 8:17CV283<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Petitioner's Motion for Leave to Appeal in Forma Pauperis. (Filing No. 38.) Petitioner filed a Notice of Appeal (filing no. 37) on September 24, 2018. Petitioner appeals from the court's Memorandum and Order and Judgment dated August 22, 2018. (Filing Nos. 33 and 34.) Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the court finds Petitioner is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis (filing no. 38) is granted.

Dated this 27th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge